IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr103DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## NOTICE OF MAXIMUM PENALTIES

**OWENS, BANKS, and LUMUMBA**
Count 1: **Conspiracy**
18 U.S.C. § 371
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**OWENS**
Count 2: **Federal Program Bribery**
18 U.S.C. § 666(a)(2)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**BANKS**
Count 3: **Federal Program Bribery**
18 U.S.C. § 666(a)(1)(B)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**OWENS**
Count 4: **Federal Program Bribery**
18 U.S.C. § 666(a)(2)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment