IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr103DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## NOTICE OF MAXIMUM PENALTIES

**LUMUMBA**
**Count 5:** **Federal Program Bribery**
18 U.S.C. § 666(a)(1)(B)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**OWENS**
**Count 6:** **Federal Program Bribery**
18 U.S.C. § 666(a)(2)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**LUMUMBA**
**Count 7:** **Use of an Interstate Facility in Aid of Racketeering – Travel Act**
18 U.S.C. § 1952(a)(3)
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**OWENS**
**Count 8:** **Use of an Interstate Facility in Aid of Racketeering – Travel Act**
18 U.S.C. § 1952(a)(3)
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment