IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr103DPJ-LGF

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## NOTICE OF MAXIMUM PENALTIES

**OWENS and LUMUMBA**
**Count 9:** **Honest Services Wire Fraud**
18 U.S.C. §§ 1343, 1346, and 2
- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

**OWENS and LUMUMBA**
**Count 10:** **Money Laundering**
18 U.S.C. § 1956(a)(1)(B)(i)
- Not more than twenty (20) years of imprisonment
- Not more than a $500,000 fine or twice the value of the property involved in the transaction, whichever is greater
- Not more than three (3) years supervised release
- $100 special assessment

**OWENS**
**Count 11:** **False Statements**
18 U.S.C. § 1001(a)(2)
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment