PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr103 DPJ-LGI

CHOKWE ANTAR LUMUMBA
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 23 day of October 2024.

This the 23 day of October 2024.

TODD W. GEE
United States Attorney

By: *Charles W. Kirkham*
CHARLES W. KIRKHAM
Assistant U.S. Attorney
MSB #102022

Warrant issued: _____

(CWK/FBI)