# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No. 3:24-CR-103-DPJ-LGI

**JODY E. OWENS II,**
**CHOKWE ANTAR LUMUMBA, and**
**AARON B. BANKS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas G. Bufkin of Carroll Bufkin, PLLC, hereby enters his appearance in the above-styled and numbered proceeding on behalf of Defendant JODY E. OWENS II and requests service of all pleadings and papers in this action.

Dated: November 7, 2024

                                                      Respectfully submitted,

                                                      /s/ Gary Bufkin
                                                      _____
                                                      THOMAS G. BUFKIN, MSB #10810

                                                      On behalf of JODY E. OWENS II

Thomas G. Bufkin, MSB #10810
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway
Suite 125
Ridgeland, Mississippi 39157
T: (601) 982-5011
F: (601) 853-9540
tgb@carrollbufkin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document *via* the Court's CM/ECF system, which sends notice to all counsel of record.

Dated: November 7, 2024

/s/ Gary Bufkin

_____
THOMAS G. BUFKIN, MSB #10810