IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL NO.: 3:24-cr-103-DPJ-LGI-2

CHOKWE ANTAR LUMUMBA

### WAIVER OF COURT-APPOINTED COUNSEL

The above-named defendant, after being advised of the nature of the charge and of his/her rights, hereby waives in open court his/her right to court-appointed counsel to represent him/her.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

11-7-24
November 7, 2024