Exhibit 45
FBI UC Recording 10.09.23(2)

Filed separately through
conventional filing