# Exhibit 47
# FBI UC Recording 10.10.23(1)

# Filed separately through conventional filing