**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                          **CASE NO. 3:24-CR-103-DPJ-ASH**

**JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS**

**GOVERNMENT'S RESPONSE TO CHOKWE ANTAR LUMUMBA'S MOTION
FOR AN EXTENSION OF TIME TO FILE RESPONSES TO
<u>THE GOVERNMENT'S MOTIONS</u>**

The United States of America ("the government") does not oppose Lumumba's motion

for an extension of time to respond to the government's pending motions. The government defers

to the Court as to the appropriate length of any extension. The government requests that any

extension granted to Lumumba be granted to all parties, including the government. This remedy

would maintain the briefing schedule for all parties, and the Court, and would help with

scheduling and organization for all concerned.

Additionally, the motions to dismiss (as to Owens and Lumumba) and for severance (as

to Lumumba and Banks) implicate very similar legal questions and request identical relief. If the

government is required to respond to Owens's motion to dismiss and Banks's motion to sever on

the current deadline of March 10, 2026, Lumumba will be able to review the government's

filings as to those motions. That poses a potential unfair advantage to Lumumba over the

government in that Lumumba will have significantly more time than normally permitted to

prepare his reply by previewing the government's arguments in its responses to Owens and

Banks. To be clear, the government does not believe that Lumumba is seeking an extension of

time to respond to gain an unfair advantage. The reasons stated in Lumumba's motion are

perfectly reasonable. The foregoing is merely meant to be an observation that such an advantage might be an unintended byproduct of extending the response deadlines for only Lumumba.

For all the foregoing reasons, the government does not object to Lumumba's motion for an extension of time to file responses. The government requests that all parties, including the government, be given relief in equal measure to the relief the Court deems appropriate for Lumumba.

Respectfully submitted,

J. E. BAXTER KRUGER
United States Attorney
Southern District of Mississippi

EDWARD P. SULLIVAN
Acting Chief, Public Integrity Section
U.S. Department of Justice

*/s/Charles W. Kirkham*
Charles W. Kirkham (MS Bar No.:102022)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: chet.kirkham@usdoj.gov

*/s/ Madison H. Mumma*
Madison H. Mumma (NC Bar No.: 56546)
Trial Attorney
Criminal Division
Tel: (202) 913-4794
Email: madison.mumma@usdoj.gov

*/s/David H. Fulcher*
David H. Fulcher (MS Bar No.: 10179)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: dave.fulcher@usdoj.gov

*/s/John A. Meynardie*
John A. Meynardie (MS Bar No.: 9912)
1575 20th Avenue
Gulfport, MS 39501
Tel: (228) 563-1560
Email: john.meynardie@usdoj.gov

*/s/Kimberly T. Purdie*
Kimberly T. Purdie (MS Bar No.: 104168)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: kimberly.purdie@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the

Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED March 6, 2026.

/s/*Charles W. Kirkham*
CHARLES W. KIRKHAM
Assistant United States Attorney
Southern District of Mississippi

3