AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Jody E. Owens II, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No.   3:24-cr-00103-DPJ-LGI |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR
### OBJECTS IN A CRIMINAL CASE

To:   Wells Fargo Bank, NA

---

*(Name of person to whom this subpoena is directed)*

     **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

See attachment.

| Place:   Kimberly T. Purdie<br>      501 E. Court Street, Suite 4.430<br>      Jackson, MS 39201 / kimberly.purdie@usdoj.gov | Date and Time:   03/20/2026 9:00 am |
|---|---|

     Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

ARTHUR JOHNSTON

Date:   MAR 03 2026      (SEAL)

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    the United States of America    , who requests this subpoena, are:

Kimberly T. Purdie, Assistant United States Attorney, 501 E. Court Street, Suite 4.430, Jackson, MS 39201
kimberly.purdie@usdoj.gov / (601) 965-4480

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

SOUTHERN DISTRICT OF MISSISSIPPI

~~FILED~~

MAR 09 2026

ARTHUR JOHNSTON

BY _____ DEPUTY

Case No.   3:24-cr-00103-DPJ-LGI

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Wells Fargo Bank, NA

was received by me on *(date)* 3/3/26 .

☑ I served the subpoena by delivering a copy to the named person as follows: Robbie Key, Corporation Service Company, 109 Executive Dr, Suite 3, Madison, MS, Registered Agent for Wells Fargo.

on *(date)* 3/5/26 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ ——— for travel and $ ——— for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/6/26

_____
Server's signature

Lawrence A. Correll, Special Agent, FBI
Printed name and title

1220 Echelon Parkway, Jackson, MS
Server's address

Additional information regarding attempted service, etc.: