**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                                    **CASE NO.: 3:24-CR-103-DPJ-LGI**

**JODY E. OWENS, II,**
**CHOKWE ANTAR LUMUMBA, and**
**AARON B. BANKS**                                                                    **DEFENDANTS**

---

### NOTICE OF CONVENTIONAL FILING

---

PLEASE TAKE NOTICE that Chokwe Antar Lumumba, through counsel,, hereby files Exhibit 1 to his Response in Opposition to the Government's Motion to Exclude Inadmissible Hearsay [Dkt. 122] and Exhibit 3 to his Reply to Response to Motion to Sever [147]. The exhibits cannot be filed electronically and are therefore being filed conventionally on a single jump drive.

The exhibits are filed under seal by the Office of the Clerk pursuant to the Court's Text Order dated January 13, 2026 and its Order dated February 17, 2026 [Dkt. 83].

Respectfully submitted, this the 6th day of April, 2026.

**CHOKWE ANTAR LUMUMBA**

**Of Counsel:**

__ /s/ Thomas J. Bellinder, Esq. _____
Thomas J. Bellinder (MSB # 103115)
**BELLINDER LAW FIRM**
625 N. State St., Suite 101
Jackson, MS 39202
499 S. Warren St., Suite 403
Syracuse, NY 13202
Phone:  (601) 487-9340
Fax: (601) 265-1795
Email:  Thomas@BellinderLawFirm.com

1

/s/ Gerald K. Evelyn
Gerald K. Evelyn (P29182) *Pro Hac Vice*
409 E Jefferson Ave Ste 500
Detroit, MI 48226-4300
Phone: (313) 962-3500
Email:geraldevelyn@yahoo.com

/s/ Jeffrey L. Edison
Jeffrey L. Edison (P25912) *Pro Hac Vice*
3434 Russell Street, Suite 104
Detroit, MI 48207
Phone: (313) 964-0400
Email: jelee@ix.netcom.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that a true and correct copy of the foregoing document has been filed via ECF with the court clerk and a copy forwarded to the opposing party via electronic means to their usual place of business.

BY: __ /s/ Thomas J. Bellinder, Esq. _____

2