UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWNS II, ET AL.

ORDER

Due to administrative issues, the Court could not begin unsealing documents on May 14 as originally intended, but consistent with the Order [160] entered that day, the seal is lifted as to the following docketed materials: 90, 91, 93–96, 97-2, 97-3, 97-4, 116–119, 121–122, 124–127, 132, 133, 134–139, 141, 143–146, 148, 153, 154.

In addition, the following documents will be re-filed by the Courtroom Deputy (without seal) but with the redactions the Court and the parties have agreed to: 75, 76, 88, 89, 92, 97, 98, 100, 103, 123, 128–131, 140, 142, and 147.

**SO ORDERED AND ADJUDGED** this the 15th day of May, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE