IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:24-cr-103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The government hereby moves this Court to permit the withdrawal of Trial Attorney Madison H. Mumma as counsel of record in Criminal No. 3:24-cr-103-DPJ-LGI. Assistant United States Attorney David H. Fulcher is lead counsel of record for the government.

WHEREFORE, the government requests this motion be granted and withdraw Trial Attorney Madison H. Mumma as counsel of record for the United States in this matter, and to be relieved of all obligations in said matter.

Dated: June 16, 2026

Respectfully submitted,

By: */s/ Madison H. Mumma*

Madison H. Mumma
NC Bar No. 56546
Trial Attorney
1301 New York Ave. NW
Washington, DC 20530
Ph: (202) 913-4794
E-mail: madison.mumma@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participants of this record.

Dated: June 16, 2026

/s/ *Madison H. Mumma*
Madison H. Mumma
Trial Attorney