SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -7 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**V.** **CASE NO.: 3:24-CR-103-DPJ-LGI**

**JODY E. OWENS, II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS** **DEFENDANTS**

# NOTICE OF CONVENTIONAL FILING

PLEASE TAKE NOTICE that Chokwe Antar Lumumba, through counsel, hereby files his Motion to Continue Sentencing under seal.

The motion and exhibits are filed under seal by the Office of the Clerk pursuant to the Court's Text Order dated September 29, 2026.

Respectfully submitted, this the 5th day of October, 2026.

**CHOKWE ANTAR LUMUMBA**

**Of Counsel:**

__ /s/ Thomas J. Bellinder, Esq. ________
Thomas J. Bellinder (MSB # 103115)
**BELLINDER LAW FIRM**
625 N. State St., Suite 101
Jackson, MS 39202
499 S. Warren St., Suite 403
Syracuse, NY 13202
Phone: (601) 487-9340
Fax: (601) 265-1795
Email: Thomas@BellinderLawFirm.com

/s/ Gerald K. Evelyn
Gerald K. Evelyn (P29182) *Pro Hac Vice*
409 E Jefferson Ave Ste 500

Detroit, MI 48226-4300
Phone: (313) 962-3500
Email:geraldevelyn@yahoo.com

/s/ Jeffrey L. Edison
Jeffrey L. Edison (P25912) *Pro Hac Vice*
3434 Russell Street, Suite 104
Detroit, MI 48207
Phone: (313) 964-0400
Email: jelee@ix.netcom.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that a true and correct copy of the foregoing document has been filed with the court clerk and a copy forwarded to the opposing party via electronic means to their usual place of business.

BY: __ /s/ Thomas J. Bellinder, Esq. ______